**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

**In Re:**   *VERA A. PICKETT*                                                    **Case No.:**   *05-06962-8-RDD*

REPORT OF UNCLAIMED DIVIDEND

   The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

   1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *ALLTEL*<br>*1 ALLIED DR.  BLDG 5*<br>*LITTLE ROCK, AR 72202* | $42.12 |

   2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

   WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

   DATED:   January 6, 2010

                                                                                     /S/ RICHARD M. STEARNS
                                                                                     RICHARD M. STEARNS
                                                                                     Chapter 13 Trustee
                                                                                     Post Office Box 2218
                                                                                     Kinston, North Carolina 28502
                                                                                     Phone:  (252) 523-2295